**Robert N. DAVIS, Appellant,**

v.

**Linda M. Williams DAVIS, Appellee.**

**No. 07–FM–418.**

District of Columbia Court of Appeals.

Sept. 18, 2008.

BEFORE: WASHINGTON, Chief Judge; REID and THOMPSON, Associate Judges.

ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing, and the response in opposition thereto, it is

ORDERED that the petition for rehearing is granted as set forth in the amended opinion filed on this date, and that this court's opinion filed on May 29, 2008, (948 A.2d 1203 (D.C.2008)), is hereby vacated.